OPINION — AG — THE TITLE " ACTING COUNTY ATTORNEY " MAY BE USED (IF DESIRED) UPON COMPLIANTS, INFORMATIONS AND OTHER LAWFUL PURPOSES, OR CORRESPONDENCE, YET UPON THE MATTER OF ENDORSING BOND ISSUES — ESPECIALLY THOSE WHICH ARE SUBSTANTIAL IN AMOUNT AND WHICH MAY BE MARKETED IN THE OPEN MARKET — SAME SHOULD BEAR THE TITLE " COUNTY ATTORNEY "; THIS FOR THE REASONS SET FORTH. CITE: 19 O.S.H. 187, ARTICLE X, SECTION 29 (L. G. HYDEN)